Opinion issued March 10, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00701-CV

———————————

Richard Chuba, Appellant

V.

Riverside
Inn, Appellee



 



 

On Appeal from the 113th District Court

Harris County, Texas



Trial Court Case No. 2010-30358

 



 

MEMORANDUM OPINION

Appellant, Richard Chuba, has filed
a motion to dismiss his appeal.  No
decision has yet been handed down in this case. 
Accordingly, the motion is granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a)(1).  All
outstanding motions are dismissed as moot.

The Clerk is directed to issue
mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.